UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON COLLINS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　　Defendant. | Civil Action No. 21-cv-02941 (CJN) |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Jason Collins respectfully submits the following Unopposed Motion for Approval of Settlement. For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion and the accompanying exhibits, Plaintiff respectfully requests that the Court enter the Proposed Order Granting Approval of the Settlement.

Dated:  July 20, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jason S. Rathod*
　　　　　　　　　　　　　　　　　　　Nicholas A. Migliaccio, Esq. (D.C. Bar No.484366)
　　　　　　　　　　　　　　　　　　　Jason S. Rathod, Esq. (D.C. Bar No. 100082)
　　　　　　　　　　　　　　　　　　　**MIGLIACCIO & RATHOD LLP**
　　　　　　　　　　　　　　　　　　　412 H St., NE
　　　　　　　　　　　　　　　　　　　Suite 302
　　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　　(202) 470-3520 (Tel.)
　　　　　　　　　　　　　　　　　　　(202) 800-2730 (Fax)
　　　　　　　　　　　　　　　　　　　jrathod@classlawdc.com
　　　　　　　　　　　　　　　　　　　nmigliaccio@classlawdc.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Collective*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 20, 2023, the foregoing was electronically filed with the Clerk of the Court using the electronic filing system which sends notification of such filing to all counsel of record.

By: */s/ Jason S. Rathod*

## CERTIFICATE REGARDING CONSENT

I hereby certify that pursuant to LCvR 7 (m), Plaintiffs' counsel sought the consent of Defendant's counsel prior to filing this motion, and Defendant has agreed for this motion to be submitted unopposed.

Dated: July 20, 2023                                                   */s/ Jason S. Rathod*
                                                                                  Jason S. Rathod