## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON COLLINS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 21-cv-02941 (CJN)** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

## NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)

The Parties have negotiated a private settlement that, consistent with the Court's prior guidance (*see* Minute Order dated May 16, 2024), does not require court approval. However, for the Parties to ensure the enforceability of the private agreement, individuals who have accepted the agreement have also signed consent to join forms to make them Party Plaintiffs to the instant action. *See* 29 U.S.C. § 216(b); *Genesis HealthCare Corp. v. Symczyk*, 569 U.S. 66, 75, 133 S. Ct. 1523, 1530 (2013) (individuals become party plaintiffs to a collective action "only by filing written consent with the court"). Plaintiffs hereby submit the opt-in forms of those individuals who consented to be a party plaintiff in the above-captioned lawsuit. *See* Exhibit A, Compilation of Consent to Join FLSA Lawsuit and Settlement Acceptance and Approval Form, with personal information redacted. The list of the individuals is as follows:

Aaron D Johnson

Aaron R Foster

Aaron Ross Martin

Acquan T Barron

Adam D Jorjorian

Adam Turner

| | |
|---|---|
| Alan M Hartlove | Antwon J Robinson |
| Alexander D Saravia | Arthur A Mcfadden |
| Alfonso C Clary Jr. | Arturo A Contreras |
| Alphonso Holness | Ashley H Cosby |
| Althea L Styles | Augustus H Hill |
| Alton R Fleming | Ayo Okhiku |
| Alvaro N Godinez | Benjamin A Evers |
| Alvin Mason | Benjamin A Sternberg |
| Amber Parker | Benjamin Dowden |
| Amir Johnson | Benjamin E Nalborczyk |
| Andre Brown | Benjamin Starr Ross |
| Andre Burns | Benjamin T Eddowes |
| Andres A Gomez | Bernie Hayes Jr. |
| Andrew Arnold | Bert Oudshoorn |
| Andrew Evans | Bianca N Baten |
| Andrew J Buffington | Bradd L Seiferd |
| Andrew J Hegedus | Brady Bumbaugh |
| Angel M Lewis | Brent J Louryk |
| Anne E Guglik | Bret W Krabbe |
| Annette Rosa | Brian A Shannon |
| Anthony Body | Brian C Tayman |
| Anthony J Collet | Brian E Clark |
| Anthony Oro | Brian L Stolle |
| Anthony P Hicks | Brian S Betts |
| Anthony Settles | Brittany M Clements |
| Anthony Thomas | Burke R Riccione |
| Antoine C Washington | Cameron Lynn Knotts |

| | |
|---|---|
| Cameron S Mckay | Clifton J Harris |
| Carmen D Hackett | Corey A Parrott |
| Celina C Primus | Corey Hamilton |
| Chad M Breen | Correy Thompkins |
| Chad M Durbin | Craig Anders Olander |
| Chad W Kelly | Craig B Costello |
| Chanel J Olden | Curtis J Clark |
| Charles E Isbell Jr. | Curtis Ray Bender |
| Charles Ford | Dana D Gee |
| Charles J Dzanko | Daniel A Antinore |
| Charles J Reynolds | Daniel A Lottes |
| Charles O Shyab | Daniel G Loughnane |
| Charles R Dunham | Daniel Harvey Clark |
| Charles V Lowe | Daniel L Taylor |
| Chris D Merriweather | Daniel Newman |
| Christopher A Hinde | Daniel S Chung |
| Christopher B Williams | Daniel S Gerdy |
| Christopher D Graham | Daniel W Brong |
| Christopher H Oliphant | Darrick Charles Abasi Holland |
| Christopher J Mazurek | Darrien Y Carter |
| Christopher K Agboblidougno | Darryl Anthony Quick Jr. |
| Christopher Moreland | David A Brown |
| Christopher P Henry | David C Cooper |
| Christopher Page | David J Fitzgerald |
| Christopher S Smith | David J Nesmith |
| Christopher Y Holmes | David J Pylar |
| Clemente J Mcknight | David J Youngling |

David Keefe

David M Cooksey

David M Heinrich

David M Williams

David T Schott

David Thompson

Davin B Ernsberger

Deamonte Green

Delawnta Henry

Delonte Fouch

Delonte Nelson

Delonte Ross

Demille J Morris

Denise Y Tucker

Dennis J Dziekan

Deonte Marquette Pollard

Derek A Brachetti

Devaughn Wilson

Devon N Henson

Dexter Gill

Dion W Veney

Djante J Rodgers Sr.

Dominique D Shorter

Dominique N Smith

Dominque Rust

Donna Tidaback

Donnell Wallace

Donovan N Sanchez

Donta T Henderson

Donte D Fletcher

Douglas P Donnelly

Douglas W Wheeler

Duane A Reeder

Dustin A Vitielliss

Dustin L Butler

Dylan Sharp

Eboni L Heinrich

Ebonie Pinckney

Edward John Mizenko Jr.

Edwin M Lehan

Enrique Barnes

Eric J Norris

Ericka L Sellers

Erik B Wright

Erik L Wiklund

Eriq A Kinard

Eugene L Singleton Jr.

Eve L Bulford

Everette Rogers

Francisco Iscoa

Franklin Martin

Franzeel E Willoby

Frederick Matthew Gordon

Garrett Piel

| | |
|---|---|
| Gary G Dziekan | James P Seavey Jr. |
| Gene T Ryan | James Pegues |
| Geoffrey A Davis | James R Kelley |
| Geoffrey Firestone | James W Basher |
| George R Martin Jr. | James W Felder |
| Ger Yang | Jamil D Blackman |
| Gregory A Forsee | Japheth Melvin Orlando Quintanilla |
| Gregory A Kiatta Jr. | Jason A Korpon |
| Gregory A Spriggs | Jason A Lerch |
| Gregory Roane | Jason D Siegel |
| Gregory Vukich | Jason F Stadler |
| Haley A Lloyd | Jason Lenahan |
| Harry M Saval | Jason Marrazzo |
| Henry Sullivan | Jason R Lusby |
| Holly A O Byrne | Jason S Collins |
| Hubert Walker | Jay L Bureau |
| Ian C Obyrne | Jazmin K S Elliott |
| Indea Morant | Jeffery D Taylor |
| James A Brown | Jeffery M Agnew |
| James A Hyde | Jeffrey A Coombe |
| James Carter | Jeffrey A Mathias |
| James D Byers | Jeffrey D Liverpool |
| James E Stewart | Jeffrey Lipton |
| James J Sheehan | Jemari A Johnson |
| James K Casar Jr. | Jeremy Samuel Bilotti |
| James M Candleana | Jerrice A Blunt |
| James P Mcmahon | Jerron F Plater |

Jimmy G Mcduffie

Joey R Keller

John A Connelly

John A Wilkinson

John Anderson

John D MacKinnon

John J Rooney

John K Kirkpatrick

John R Risden

John S Culver

Johnie M Griffin

Jon G Hope

Jon T Dyson

Jonathan B Covey

Jonathan D Grinder

Jonathan M Botwin

Jose W Amaya Duran

Joseph C Blatzheim

Joseph C Papariello

Joseph D Boling Jr.

Joseph D Funnyre

Joseph K Mosley IIi

Joseph Lee

Joseph M Tate

Joshua Aaron Bauer

Joshua E Mcclellan

Joshua P Elie

Joshua P Schrader

Joshua R Smith

Jquan Mcknight

Julio M Flores

Justin Bassford

Justin Free

Kamisha L Spriggs

Keirson D Williams

Keishea R Jackson

Keith Kent

Keith T Long

Kelvin K Vincent

Kelvin Waymer

Kenneth A Humphries

Kenneth August Otte

Kenneth Baylor

Kenneth J Bryant

Kenneth N Harrison

Kenneth Seldon Jr.

Kenneth W Long

Kevin A Allen

Kevin A Pringle

Kevin Brown

Kevin Cole

Kevin Connelly Mcvey

Kevin J Belcher

Kevin J Dennis

Kevin L Anderson

Kevin Stapleton

Kevin V Goralski

Kevin Yiadom

Kim M Bailey

Kisha R Randolph

Krystal D Roberts

Krystle R Avents

Kyle A Coen

Kyle D Fannin

Kym Johnson

Ladonnya M Stroman

Lakisha L Lacey

Landon S Sewell

Larone R Newman

Lashay M Butler

Latisha S Clark

Lawrence A Ferek

Lawrence Howell

Lee Rose

Leeshia Watson

Leila M Harris

Lenora Scott

Leonardo De Lima

Levi C Verner

Levitus O Wimbish

Louis E Love

Lucia Artola

Luis Blanco

Lynette Kramer

Maiesha Artis

Marcus N Drucker

Margaret K Dickey

Mario Bartee

Mario O Crudup

Mark A Hawkins

Mark A Murphy

Mark E Trace

Marvette James

Mathew Mudry

Matthew A Baird

Matthew A Haynes

Matthew J Palmerton

Matthew J Westerbeck

Matthew M Shank

Matthew M Swartz

Matthew S Smith

Matthew Stemen

Matthew W Scott

Maurice D Bolding

Maurice Hobson

Michael A Cotter

Michael A Lancaster

Michael A Roop

Michael B Abell

Michael C Harrison

Michael C King

Michael D Gimmel Jr.

Michael D Hardy

Michael D Lewis

Michael D Spielman

Michael Drew

Michael E Coleman

Michael E Walko

Michael G Simmons

Michael J Dolinger

Michael J Puglisi

Michael J Steinhardt

Michael Jackson

Michael K Hansford

Michael P Johnson

Michael S Engels

Michael S Lorentz

Michael Scott Ader

Michael Washington

Micheal K Freeman

Moshood Alatishe

Naeem Terry

Naketa V Sistare

Natalie L Patterson

Nathan A Demaree

Nathan A Hatcher

Nery N Quiroz

Nichelle S Ajayi

Nicholas C Bittel

Nicholas Dalboe

Nicholas G Henry

Nicholas Orosz

Nicholas R Ragucci

Nicole M Liriano

Oleg Pelekhaty

Patrick Kyle Adams

Paul Charles Patterson

Peter J Dziubla

Philip E Lammert

Philip S Stevens

Phillip E Gervais

Quentin Mills

Randy Smith

Rasheed Q Jones

Raymond C Edwards II

Raymond J Williams

Razell D Hawkins

Reginald E May Jr.

Reginald Johnson

Reginald K Paramore

Renaldo D Bell Sr.

Richard A Polish

Richard D Schaffer

Richard E Stillwell

Richard L Sullivan

Richard M Whalen Jr.

Richard S Cunningham

Richard S Peterson

Richard W Leizear

Richard W Platz

Robert A Washington

Robert C Martin

Robert D Hutchins

Robert Engle

Robert Evans Jr.

Robert Foley

Robert J Alvarado

Robert J Raymer

Robert Mcnulty

Robert O Hearne

Robin Williams

Rocco A Baldino Jr.

Roger St Laurent

Rohan Shattock

Romello Collier

Ronald E Hines

Roy Taylor

Ryan Black

Ryan E Flammang

Ryan J Burns

Ryan J Gochenauer

Ryan L Bourassa

Ryan Robinson Wagner

Ryan S Bolton

Ryan T Fischer

Sabrina O Gilbert

Samuel D Brogi

Samuel D Short

Samuel S Tuttle

Sandra Denise Smith

Scott A Blevins

Scott C Ford

Sean James Magee

Sean M Beheler

Sean R Thomas

Seth C Freeburn

Seth M Miller

Shalonda A Smith

Shane Javid

Shanita M Johnson

Shannon L Welch

Shantel B Bennett

Shantevia Lane

Shantice Samuels

Shantielle A Thomas

Shavon R Boone

| | |
|---|---|
| Shuna M Terry | Timothy M Lantz |
| Sir Charles Anderson | Timothy M Williams |
| Spiro W Dimakas | Timothy R Davis |
| Stanley Baker | Timothy Rogers |
| Stephen G Hater | Timothy S Mcgann |
| Stephen J Turner | Toiland D Butler |
| Stephen M Gibson Jr. | Traes K Ceasar |
| Steven D Eichholz | Travis L Chase |
| Steven D Prather Jr. | Travis L Miller |
| Steven J Schlegel | Travis O Murdoch |
| Steven Vanness | Travis Zimmerman |
| Tadd N Soderberg | Travone A Bray |
| Takeva Thomas | Trevor John Sebring |
| Talaya L Fudge | Trevor S Feist |
| Tameka L Smith | Troy A Seltzer |
| Tamika N Mitchell | Troy M Stocker |
| Taniya A Crump | Troy Schenemann |
| Thomas Dailey | Truc Nguyen |
| Thomas E Dillon | Tu D Nguyen |
| Thomas L Williams | Tyler M Clark |
| Thomas M Schuler | Tyrec S Titus |
| Thomas N Clark | Valencia A Jones |
| Thomas Roland Mitchem II | Valencia S Ward |
| Tim Frazier | Vanai Yemisi Latham |
| Timothy Bennett | Vickter M Matthews |
| Timothy D Lehman | Victor D Palmer |
| Timothy E Riley | Vincent P Pickel |

Walter L Green

Whitney D Ward

William C Keenan

William D Caudle

William D Wright

William E Beattie

William J Meckley

William L Watson II

William P Rose

William Soehner

William Thompson

Xavior D Robertson

Youngju Kim

Yvette C Reid

Zachary T Clark

Zakarij M Wright


Respectfully submitted,


*/s/ Jason S. Rathod*
Jason S. Rathod
jrathod@classlawdc.com
Nicholas A. Migliaccio
nmigliaccio@classlawdc.com
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730

***Counsel for Plaintiff and the Putative Collective***

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, a true and correct copy of the foregoing document was filed electronically. Notice of the filing was sent by operation of the Court's electronic filing system to all counsel of record. Parties may access this filing through the Court's electronic filing system.

*/s/ Jason Rathod*

Jason S. Rathod

Counsel for Plaintiffs